# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LINDA NJU, :

    Plaintiff, :

                               Case No. 3:14cv00455

vs. :

                               District Judge Walter Herbert Rice

CAROLYN W. COLVIN, : Chief Magistrate Judge Sharon L. Ovington
Commissioner of the Social
Security Administration, :

    Defendant. :

## DECISION AND ENTRY

      The Court has conducted a _de novo_ review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #15), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

      It is therefore **ORDERED** that:

    1.    The Report and Recommendations filed on January 7, 2016 (Doc. #15) is ADOPTED in full;

    2.    The Commissioner's non-disability finding is VACATED;

    3.    No finding is made regarding whether Plaintiff Linda Nju is under a "disability" within the meaning of the Social Security Act;

4.     This matter is **REMANDED** to the Social Security Administration pursuant to Sentence Four of 42 U.S.C. §405(g) for further proceedings consistent with this Decision and Entry and the Report and Recommendations; and

5.     The case is terminated on the docket of this Court.

                                                                   Walter Herbert Rice
                                                              United States District Judge